JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert Ashley Roberts and Melanie Woodward Roberts

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael C. Niemeyer, Hand Arendall Harrison Sale, LLC, 71 N. Section St. Suite B, Fairhope, AL 36532  251.990.0739

## DEFENDANTS
Carter Hill Construction, LLC
Joseph Carter Hill

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Lloyd N. Shields
Alexander R. Saunders
Irwin Fritchie Urquhart Moore & Daniels LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
504.310.2100

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine  ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle   **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability  ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury  ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice  ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations   ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment   ☐ 535 Death Penalty   **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education  ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause: Construction contract dispute

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ 612,199.00   CHECK YES only if demanded in complaint:   JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 12/10/24   SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT ASHLEY ROBERTS** and **MELANIE WOODWARD ROBERTS**  *Plaintiffs*,  v.  **CARTER HILL CONSTRUCTION, LLC;** and **JOSEPH CARTER HILL**  *Defendants.* | CIVIL ACTION NO. 24-460  JUDGE  MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

To:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants Carter Hill Construction, LLC, and Joseph Carter Hill (hereinafter, collectively "CHC") remove the action captioned *Robert Ashley Roberts and Melanie Woodward Roberts v. Carter Hill Construction, LLC, and Joseph Carter Hill,* Case No. 05-CV-2024-901674.00, from the Circuit Court of Baldwin County, State of Alabama ("the State Court Action") to the United States District Court for the Southern District of Alabama. As grounds for removal, CHC states as follows:

1.

Venue is proper in this Court because it is the district court for the district in which the State Court Action is pending. 28 U.S.C. § 1442(a).

2.

Plaintiffs, Robert Ashley Roberts and Melanie Woodward Roberts, commenced an action against CHC in the Circuit Court of Baldwin County, State of Alabama, entitled *Robert Ashley*

1

*Roberts and Melanie Woodward Roberts v. Carter Hill Construction, LLC, and Joseph Carter Hill,* Case No. 05-CV-2024-901674.00. The complete record of the State Court Action is attached as **Exhibit A.**

3.

As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because CHC has satisfied the procedural requirements for removal, and this Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**REMOVAL IS TIMELY AND PROCEDURALLY PROPER**

4.

Federal statute provides that "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons . . . to file [a] notice of removal." 28 U.S.C. § 1446(b)(2)(B). Counsel for CHC agreed to accept service of the State Court Action on November 21, 2024. This removal is, therefore, timely under 28 U.S.C. § 1446.

5.

CHC has not made an appearance in the State Court Action. *See* Exhibit A. No previous application has been made for the request in this Notice.

6.

The Circuit Court for Baldwin County is located within the Southern District of Alabama. 28 U.S.C. § 98(c). Therefore, venue is proper because the Southern District is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

7.

Pursuant to 28 U.S.C. § 1446(d), CHC is filing a written notice of this removal with the Circuit Court for Baldwin County, which along with this Notice, is also being served upon Plaintiffs' counsel.

8.

By filing this Notice of Removal, CHC does not waive, either expressly or implicitly, its right to assert any defenses available under state and/or federal law, including but not limited to the defenses of lack of personal jurisdiction and improper service of process. All such defenses are expressly reserved and preserved.

9.

As detailed below, this Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action (a) between citizens of a State and citizens or subjects of a foreign state and (b) the amount in controversy exceeds $75,000, exclusive of costs and interest, as alleged by Plaintiffs in Paragraphs 13, 19, and 22 in their Petition.

**THERE IS COMPLETE DIVERSITY AMONG THE PARTIES**

10.

Whether diversity exists in an action is determined by looking at the citizenship of each party at the time the petition was filed. Here, there is complete diversity among the properly joined parties in the case.

11.

Plaintiffs are citizens of and are domiciled in Alabama.

12.

Defendant Carter Hill Construction, LLC, is a limited liability company organized under the laws of Louisiana with its principal place of business in Louisiana, thus being a citizen of Louisiana. *See* 28 U.S.C. § 1332(c)(1). Joseph Carter Hill is a natural person who is a citizen of Louisiana.

13.

Accordingly, there is complete diversity between Plaintiffs and Defendants.

### THE AMOUNT-IN-CONTROVERSY REQUIREMENT IS SATISFIED

14.

In the State Court Action Plaintiffs set forth allegations seeking damages in excess of $75,000.00. S*ee* Exhibit A, Pet. at paragraphs 13, 19, and 22.

15.

Accordingly, the amount-in-controversy requirement is satisfied in this case. *See* 28 U.S.C. § 1332(b).

### CONCLUSION

With this Notice, CHC is filing a "copy of all process, pleadings, and orders served upon" them in the State Court Action. 28 U.S.C. §§ 1446(a), (d). In addition, written notice is being given to all adverse parties, and a copy of this Notice is being filed with the Clerk of the Circuit Court for Baldwin County, State of Alabama.

For the foregoing reasons, Defendants Carter Hill Construction, LLC and Joseph Carter Hill pray that this action be removed from the Circuit Court for Baldwin County, State of Alabama, to the United States District Court for Southern District of Alabama, and that this Court assume full jurisdiction over the case as provided by law.

Respectfully submitted:

*/s/ Lloyd N. Shields*

_____
Lloyd N. Shields (La. Bar No. 12022)
Alexander R. Saunders (La. Bar No. 28753)
IRWIN, FRITCHIE, URQUHART,
 MOORE & DANIELS, L.L.C.
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Telecopy: (504) 310-2101

**Attorneys for Carter Hill Construction, LLC**
  **and Joseph Carter Hill**

5