IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT ASHLEY ROBERTS, *et al.*, | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO. 24-0460-KD-B |
| CARTER HILL CONSTRUCTION, LLC, *et al.*, | * |
| Defendants. | * |

### ORDER

This matter is before the Court on review. The docket reflects that the Notice of Removal, (Doc. 1), constitutes the initial filing of Defendant Carter Hill Construction, LLC, ("CHC") and Defendant Joseph Carter Hill. Nevertheless, Defendant CHC did not file its corporate disclosure statement along with the initial filing. See S.D. Ala. CivLR 7.1(a). Accordingly, Defendant CHC is hereby **ORDERED** to file its corporate disclosure statement on or before **December 17, 2024.**

The corporate disclosure statement must comply with S.D. Ala. CivLR 7.1, which requires the following:

> The Disclosure Statement shall identify the represented entity's general nature and shall identify all parents, subsidiaries, partners, members, managers, trustees, affiliates, and similarly related persons and entities. Members of a trade association or professional association need not be identified. For purposes of this Rule, an "affiliate" is an entity that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under

>   common control with, the specified entity; a "parent" is an affiliate that controls such entity directly, or indirectly through intermediaries; a "subsidiary" is an affiliate controlled by such entity directly, or indirectly through one or more intermediaries; and a "trade association" is a continuing association of numerous organizations or individuals operated for the purpose of promoting the general commercial, professional, legislative or other interests of the membership.

S.D. Ala. CivLR 7.1(b).

In their Notice of Removal, Defendants assert that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship). However, Defendants did not identify the members of CHC or the state(s) in which those members were citizens at the time of removal. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) ("To sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company and all the partners of the limited partnership."); Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017) ("When determining citizenship of the parties for diversity jurisdiction purposes, a limited liability company (LLC) is a citizen of every state that any member is a citizen of."). Completion of the Court's corporate disclosure statement form requires the filing party to list the names and citizenships of all members or partners of a limited liability company, a partnership, or other

2

unincorporated entity.

This Court's corporate disclosure statement form can be found on the Court's external website.[1]

**ORDERED** this **12th** day of **December, 2024.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**

---

[1] https://www.alsd.uscourts.gov/sites/alsd/files/forms/CivilDisclosureStatement.pdf.

3